UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**THAYALAN THAMOTHARAM PILLAI**     **CASE NO. 3:21-CV-00488 SEC P**
**#A203-596-281**

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**ALEJANDRO MAYORKAS**     **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**. This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE April 30, 2021.

                                                                        **TONY R. MOORE**
                                                                        **CLERK OF COURT**